**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-30277 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00049-RMP |
| v. | |
| SAMUEL WILLIAM WRIGHT, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Rosanna Malouf Peterson, Chief Judge, Presiding

Submitted November 18, 2014[**]

Before:     LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

Samuel William Wright appeals from the district court's judgment and

challenges his guilty-plea conviction and 63-month sentence for distribution of

heroin, in violation of 21 U.S.C. § 841(a).  Pursuant to *Anders v. California*, 386

U.S. 738 (1967), Wright's counsel has filed a brief stating that there are no grounds

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

for relief, along with a motion to withdraw as counsel of record. We have provided Wright the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Wright has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**